United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
For the Fifth Circuit**

No. 04-20184
Summary Calendar

IN THE MATTER OF:  WENONA E. EL-HELBAWI; AHMED A. EL- HELBAWI,

Debtors,

----------------------------------------------------------------

JESSE JOHNSON,

Appellant,

VERSUS

AHMED A. EL-HELBAWI,

Appellee.

Appeal from the United States District Court
For the Southern District of Texas, Houston

H-03-CV-941

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

For the reasons stated by the United States District Court for

the Southern District of Texas in its order entered January 28,

----

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2004, which affirmed the final judgment of the bankruptcy court entered on February 10, 2003, which held that the debt of Ahmed A. El-Helbawi to Jesse Johnson is DISCHARGED, we affirm the decision of the district court.  AFFIRMED.